**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com

Potter Anderson

David E. Moore
Partner
dmoore@potteranderson.com
D 302.984.6147

October 30, 2026

**VIA ELECTRONIC FILING**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *Louis Allis, Inc. v. Ideal Electric Power Co. (d/b/a The Ideal Electric Company)*
C.A. No. 23-980-CFC-CJB

Dear Chief Judge Connolly:

Pursuant to the Court's October 13, 2026 Oral Order, Louis Allis, LLC and Ideal Electric Power Co. respectfully submit this Joint Status Report regarding the above-captioned case.

Over the past month, the parties have continued to engage in good faith settlement discussions, including exchanging multiple additional drafts of the proposed settlement agreement and holding multiple additional negotiating sessions via Zoom through which they continue to narrow the open issues. The parties remain hopeful that they will reach a mutually acceptable resolution and will be in a position to enter into a settlement agreement soon.

Accordingly, in light of the parties' continued settlement efforts, the parties respectfully and jointly request that the Court (i) extend the stay of this case for an additional month through and including December 1, 2026 (without scheduling a new trial date) and (ii) direct the parties to submit a further Joint Status Report on or before December 1, 2026.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:rms/15008748/ 23410.00001

cc: Counsel of Record (via electronic mail)